

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>V.<br>CRYSTAL NGUYEN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-CR-00075 DOC-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __November 12, 2024_____, _____, at __1:00____ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __November 8, 2024_____         __/s/ Douglas F. McCormick_____
                                            U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)     ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT     Page 1 of 1